WILLIAM J. KINDGEN, as Receiver, etc., Respondent, v. LETITIA M. CRAIG and NANCY W. CARRICK, Appellants, Impleaded with Another

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 8th day of July, 1914, denying a motion to open default in service of answer.

PER CURIAM: The order appealed from will be reversed and the motion for leave to open default and serve answer granted, upon defendant pay-

ing costs of the action to be taxed and consenting to refer the issues raised by said answer to the same referee heretofore appointed in this action. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed and motion granted on terms stated in opinion. Order to be settled on notice.